

DEFENDANT'S EXHIBIT
WM 1